UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| **ROSA MARIA ROSALES & GUADALUPE ESPARZA** | § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | Civil Action No. 6:21-CV-00058 |
| **UBER TECHNOLOGIES, INC., RASIER, LLC & LYFT, INC.** | § § § § | |
| **Defendants.** | § | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order signed by the Court on this date, the Court finds that there are no genuine issues of material fact with respect to any of Plaintiffs' claims, and Defendants are entitled to judgment as a matter of law.

Accordingly, Plaintiffs shall take nothing by their claims against Defendants, and Plaintiffs' claims are **DISMISSED WITH PREJUDICE.** All relief requested by Plaintiffs is denied. All allowable and reasonable costs of court are taxed against Plaintiffs. All relief not expressly granted herein is denied.

This is a **FINAL JUDGMENT.**

Signed on September 26, 2024.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**